

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00198-CV

_____

MICHELLE L. BROWN AND CORBY R. BROWN, Appellants

V.

DR. WAYMON E. LEWIS, JR., DPM AND WEATHERFORD PODIATRY,
Appellees

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CV23-0977

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellants' brief was due on August 23, 2024. On September 4, 2024, we notified appellants that their brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellants filed with the court an appellants' brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b).

On September 17, 2024, we received a supplemental clerk's record with appellants' noncompliant "Motion for Late Acceptance of Initial Brief" and appellants' brief. We notified appellants that they were to file a corrected motion in this court by September 30, 2024. When we received no response, on October 8, 2024, we denied appellants' "Motion for Late Acceptance of Initial Brief."

That same day, we also notified appellants that in accordance with Texas Rule of Appellate Procedure 42.3(b) and (c), this case could be dismissed for want of prosecution unless the appellants or any party desiring to continue the appeal filed with the court within ten days a response reasonably explaining the failure to timely file a brief. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), (c). We again received no response.

Because appellants have failed to file a brief even after we afforded an opportunity to explain their failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered:  November 14, 2024